# EXHIBIT C



**Joshua J. Gayfield**
(410) 385-3734
jgayfield@milesstockbridge.com

August 12, 2024

**VIA FAX: 888-850-0320**
Timothy Bauer, Supervisory Internal Revenue Agent
Department of the Treasury
Internal Revenue Service – Small Business/Self-Employed Division
2670 Industrial Highway
York, PA 17402

Re:    **July 8, 2024 Determination Letter to Second Chance, Inc. (Last 4 of ID:**  **)**

Dear Agent Bauer:

As you know, our firm represents Second Chance, Inc. ("Second Chance"). Please accept this correspondence as Second Chance's written rebuttal to the IRS's July 8, 2024 determination letter, including the Explanation of Items and Computation of Penalty enclosed therewith, regarding its position that the penalty under IRC Section 6701 is applicable to Second Chance.

Second Chance respectfully disputes the IRS's position that Second Chance is liable for any penalty assessed under IRC Section 6701, as well as the facts which the IRS claims support each element required by the rule. The IRS's determination letter contains many misstatements of fact (including gross mischaracterizations of Mark Foster's statements during his interview) and misapplications of law, many of which Mr. Foster and/or Second Chance, Inc. have previously brought to the IRS's attention in various, prior proceedings. Accordingly, Second Chance requests that the IRS promptly close its investigation without assessing any penalty.  Should the IRS nonetheless elect to issue a penalty assessment notice consistent with its July 8, 2024 determination letter, Second Chance requests that it do so promptly so that it may avail itself of all available rights and remedies, including the special administrative provisions of IRC Section 6703.

We thank you for your consideration, and look forward to hearing from you shortly regarding the closure of your investigation.

Very truly yours,

Joshua J. Gayfield

cc: Agent Donna Lamonna (*via fax*)

100 Light Street  |  Baltimore, MD 21202  |  410.727.6464  |  milesstockbridge.com

101898\000048    EASTON, MD  •  FREDERICK, MD  •  RICHMOND, VA  •  ROCKVILLE, MD  •  TYSONS CORNER, VA  •  WASHINGTON, D.C.