# EXHIBIT F



 Department of the Treasury
Internal Revenue Service
Mail Stop C1 6525
Kansas City MO 64999-0025

| Notice | CP15 |
|---|---|
| Tax Year | 2020 |
| Notice date | September 23, 2024 |
| Social Security number | |
| To contact us | 800-829-8374 |
| Your Caller ID | 408331 |
| Page 1 of 2 | 29H |

009724.613492.254343.20018 1 AB 0.593 542

 MARK S FOSTER
600 E SEMINARY AVE
TOWSON MD 21286-1357

009724

## Notice of Penalty Charge

631

You have been charged a penalty under Section 6701 of the Internal Revenue Code for penalty for aiding and abetting the understatement of another person's tax liability.

## TAX STATEMENT

| | |
|---|---:|
| Prior Balance | $0.00 |
| Penalty Assessment | $22,000.00 |
| Interest | $0.00 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | **$22,000.00** |

---



MARK S FOSTER
600 E SEMINARY AVE
TOWSON MD 21286-1357

| Notice | CP15 |
|---|---|
| Notice date | September 23, 2024 |
| Social Security number | |



**Payment**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (           ), the tax year (2020), and the form number (CVL PEN) on your payment and any correspondence.

Amount due by October 14, 2024          $22,000.00

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0150

XXXXX1358  OS FOST 55 0 202012 670 00002200000

| | |
|---|---|
| Notice | CP15 |
| Tax Year | 2020 |
| Notice date | September 23, 2024 |
| Social Security number | |
| Page 2 of 2 | 29H |

We assessed you a penalty for aiding and abetting the understatement of another person's tax liability. (Internal Revenue Code Section 6701)

If the understatement relates to a corporation's tax liability, the penalty is $10,000 per return; otherwise, it's $1,000 per return.

If you want to contest the penalty assessment, you must follow one of the two procedures below:

- Pay at least 15% of the penalty. You must then file Form 6118, Claim for Refund of Tax Return Preparer and Promoter Penalties, within 30 days from the date of this notice. If we disallow your claim, or 6 months pass and your claim is still pending, you can file suit in the United States District Court within 30 days from the date of the disallowance notice or within 6 months and 30 days from when you filed your claim, whichever is earlier.
- Pay the full penalty amount (or, if applicable, the divisible portion thereof) You must then file Form 6118 within 2 years from the date you paid the penalty. If we disallow your claim, or 6 months pass and your claim is still pending, you can file suit in the United States District Court or the United States Court of Federal Claims. You must file your suit within 2 years from the date of the disallowance notice, if applicable. The 2-year period can be extended if you and the IRS sign a Form 907, Agreement to Extend the Time to Bring Suit.

You can also seek reconsideration of your disallowed claim with the IRS Independent Office of Appeals. Requesting an appeal doesn't extend the 2-year time to file suit in the United States District Court or United States Court of Federal Claims.

For tax forms, instructions and information visit **www.irs.gov**. Access to this site will not provide you with any taxpayer account information.