# EXHIBIT G



22K NOTICE - SC



Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0038

| | |
|---|---|
| Notice | CP215 |
| Tax period | December 31, 2020 |
| Notice date | September 30, 2024 |
| Employer ID number | |
| To contact us | Phone 800-829-0115 |
| Page 1 of 3 | |

135264.615305.261856.20242 1 AB 0.593 702

SECOND CHANCE INC
% MARK S FOSTER
1700 RIDGELY ST
BALTIMORE MD 21230-2070

135264

# Amount due: $22,000.00

We charged you a civil penalty for 2020, under Internal Revenue Code Section 6701 for Penalty for Aiding and Abetting the Understatement of Another Person's Tax Liability.

As a result, you owe $22,000.00.

**Billing Summary**

| | |
|---|---|
| Prior balance | $0.00 |
| Penalty assessment | $22,000.00 |
| **Amount due by** October 21, 2024 | $22,000.00 |

Continued on back...

---



## Payment

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0102

SECOND CHANCE INC
% MARK S FOSTER
1700 RIDGELY ST
BALTIMORE MD 21230-2070

| | |
|---|---|
| Notice | CP215 |
| Notice date | September 30, 2024 |
| Employer ID number | |

- Make your check or money order payable to the United States Treasury.
- Write your Employer ID number (        ), the tax period (December 31, 2020), and the form number (CVL PEN) on your payment and any correspondence.

Amount due by
October 21, 2024                    $22,000.00

522276640 TZ SECO 13 2 202012 670 00002200000

| | |
|---|---|
| Notice | CP215 |
| Tax period | December 31, 2020 |
| Notice date | September 30, 2024 |
| Employer ID number | |

Page 2 of 3

## What you need to do immediately

**If you agree with the amount due and you're not working with an IRS representative**

- Pay the amount due of $22,000.00 within 21 calendar days (10 business days if the amount due is over $100,000) from the date of this notice to avoid additional interest charges.
- Pay online or by phone, or mail a check or money order with the attached payment stub. You can pay online now at EFTPS.gov.

**If you disagree with the penalty assessment**

Call us at 800-829-0115 to review your account with a representative. Be sure to have your account information available when you call.

We'll assume you agree with the information in this notice if we don't hear from you.

## Payment options

Pay online or by phone using the Electronic Federal Tax Payment System (EFTPS). Enroll at IRS.gov/EFTPS. Once enrolled, you can also schedule payments and receive email notifications.

If you plan to mail a payment, consider the electronic options at IRS.gov/payments first.

If you pay by check, money order, or cashier's check, make sure it's payable to the U.S. Treasury.

Can't pay it all now?
- Apply for a payment plan (installment agreement) at IRS.gov/OPA
- Consider an offer in compromise at IRS.gov/OIC
- Request a temporary collection delay at IRS.gov/TempCollectionDelay

| | |
|---|---|
| Notice | CP215 |
| Tax period | December 31, 2020 |
| Notice date | September 30, 2024 |
| Employer ID number | |
| Page 2 of 3 | |

## What you need to do immediately

**If you agree with the amount due and you're not working with an IRS representative**

- Pay the amount due of $22,000.00 within 21 calendar days (10 business days if the amount due is over $100,000) from the date of this notice to avoid additional interest charges.
- Pay online or by phone, or mail a check or money order with the attached payment stub. You can pay online now at EFTPS.gov.

**If you disagree with the penalty assessment**

Call us at 800-829-0115 to review your account with a representative. Be sure to have your account information available when you call.

We'll assume you agree with the information in this notice if we don't hear from you.

## Payment options

Pay online or by phone using the Electronic Federal Tax Payment System (EFTPS). Enroll at IRS.gov/EFTPS. Once enrolled, you can also schedule payments and receive email notifications.

If you plan to mail a payment, consider the electronic options at IRS.gov/payments first.

If you pay by check, money order, or cashier's check, make sure it's payable to the U.S. Treasury.

Can't pay it all now?
- Apply for a payment plan (installment agreement) at IRS.gov/OPA
- Consider an offer in compromise at IRS.gov/OIC
- Request a temporary collection delay at IRS.gov/TempCollectionDelay

| | |
|---|---|
| Notice | CP215 |
| Tax period | December 31, 2020 |
| Notice date | September 30, 2024 |
| Employer ID number | |
| Page 3 of 3 | |

## Penalties

We are required by law to charge any applicable penalties.

| | | |
|---|---|---|
| Penalty for Aiding and Abetting the Understatement of Another Person's Tax Liability | Penalty reference number 631 | $22,000.00 |

135264 We assessed you a penalty for aiding and abetting the understatement of another person's tax liability. (Internal Revenue Code Section 6701)

If the understatement relates to a corporation's tax liability, the penalty is $10,000 per return; otherwise, it's $1,000 per return.

If you want to contest the penalty assessment, you must follow one of the two procedures below:
- Pay at least 15% of the penalty. You must then file Form 6118, Claim for Refund of Tax Return Preparer and Promoter Penalties, within 30 days from the date of this notice. If we disallow your claim or 6 months pass and your claim is still pending, you can file suit in the United States District Court within 30 days from the date of the disallowance notice or within 6 months and 30 days from when you filed your claim, whichever is earlier.
- Pay the full penalty amount (or if applicable, the divisible portion thereof). You must then file Form 6118 within 2 years from the date you paid the penalty. If we disallow your claim or 6 months pass and your claim is still pending, you can file suit in the United States District Court or the United States Court of Federal Claims. You must file your suit within 2 years from the date of the disallowance notice, if applicable. The 2-year period can be extended if you and the IRS sign a Form 907, Agreement to Extend the Time to Bring Suit.

You can also seek reconsideration of your disallowed claim with the IRS Independent Office of Appeals. Requesting an appeal doesn't extend the 2-year time to file suit in the United States District Court or United States Court of Federal Claims.

## Additional information

- Visit IRS.gov/cp215.
- Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).

Keep this notice for your records.