UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SECOND CHANCE, INC., et al.,          )
          )
        Plaintiffs,          )
          )
      v.          )  No. 1:25-cv-01665-MJM
          )
UNITED STATES OF AMERICA,          )
          )
        Defendant.          )

**THIRD CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and LR 105.9, the United States respectfully requests that this Court extend to December 19, 2025 the time to file a response to the complaint. Good cause exists for the requested enlargement, as set forth below.

1.      Counsel have conferred regarding the relief requested by the United States. Plaintiffs do not oppose the relief requested.

2.      Plaintiffs filed the complaint on May 23, 2025. (ECF No. 1.)

3.      On July 28, 2025 and September 23, 2025, the United States sought additional time to respond to plaintiffs' complaint, to provide the IRS sufficient time to locate documents and other information concerning the plaintiffs' claims. (ECF Nos. 9, 12.)

4.      The Court granted those motions (ECF Nos. 10, 13), and the United States' response date is now November 25, 2025.

5.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice and the Department of the Treasury expired and those appropriations lapsed.

1

6.      Absent an appropriation, Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

7.      As of November 13, 2025, and after a 43-day lapse in appropriations, funding has been restored by Congress.

8.      Now that undersigned counsel and the IRS employees assigned to this matter are permitted to resume their usual duties, the United States seeks to extend the time to file a responsive pleading to the complaint, to account for the time lost because of the lapse in appropriations.

9.      This additional extension of 24 days will not result in any unfair prejudice to plaintiffs, as evidenced by their consent to this request.

10.      Under Fed. R. Civ. P. 6(b), the Court can grant an extension to respond to a complaint for good cause.

11.      Good cause exists for the requested extension. The United States makes the request not to cause unnecessary delay. The United States requests this extension of time to confer with the Internal Revenue Service regarding the defense of this matter and to allow the United States to prepare its response to the complaint.

WHEREFORE, and for good cause shown, the United States requests that this Court extend the time allowed for the United States to answer or otherwise respond to the complaint until, and including, December 19, 2025. A proposed order granting the relief requested is submitted with this motion.

2

Dated: November 17, 2025                    Respectfully submitted,

                                           s/ *Richard G. Rose*
                                           RICHARD G. ROSE
                                           District of Columbia Bar No. 493454
                                           Trial Attorney
                                           Tax Division
                                           U.S. Department of Justice
                                           P.O. Box 7238
                                           Ben Franklin Station
                                           Washington, D.C.  20044
                                           (202) 616-2032
                                           richard.g.rose@usdoj.gov