# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SECOND CHANCE, INC., et al.** | * |
|     **Plaintiffs/Counter-Defendants,** | * |
| **v.** | * |
| **UNITED STATES OF AMERICA** | *   Case No.: 1:25:cv-01665-MJM |
|     **Defendant/Counter-Plaintiff.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the Consent Motion to Extend Responsive Pleading Deadline, and pursuant to Fed. R. Civ. P. 6(b), it is this __7th__ day of January, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the Consent Motion to Extend Responsive Pleading Deadline be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that Plaintiffs/Counter-Defendants, Second Chance, Inc. and Mark S. Foster, may file their response to Defendant/Counter-Plaintiff's Counterclaim (ECF No. 16) on or before February 6, 2026.

                                                                                       **IT IS SO ORDERED.**

                                                                                       _____/S/_____
                                                                                       Matthew J. Maddox
                                                                                       United States District Judge

Copies to:
All Counsel of Record